STATE v. RHODES

No. 14P93

Case below: 108 N.C.App. 356

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 May 1993.

UNION GROVE MILLING AND MANUFACTURING CO. v. FAW

No. 117PA93

Case below: 109 N.C.App. 248

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 6 May 1993.

W. H. ODELL & ASSOC. v. GARLAND

No. 116P93

Case below: 109 N.C.App. 134

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 May 1993.

WINTER v. WILLIAMS

No. 106P93

Case below: 108 N.C.App. 739

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 May 1993.

WORLEY v. WORLEY

No. 128PA93

Case below: 108 N.C.App. 789

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 6 May 1993.